**UNITED STATES DISTRICT COURT**                                    **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 25-10962-JFW(MAAx)**                    Date:  March 3, 2026

Title:        Cesar Acevedo -v- Aumporn Lamoonpuk, et al.

**PRESENT:**

        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

        **Shannon Reilly**                              **None Present**
        **Courtroom Deputy**                          **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                            None

**PROCEEDINGS (IN CHAMBERS):        ORDER DISMISSING ACTION WITHOUT PREJUDICE**


        As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of February 2, 2026, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for March 16, 2026, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).


        IT IS SO ORDERED.

Initials of Deputy Clerk __sr__